14476

ALLWORDEN v. LEMON *ET AL.*

(191 S. E., 215)

January, 1937.

428

*Messrs. Murphy & Cain,* for appellant,

*Messrs. Benet, Shand & McGowan,* for respondent,

May 5, 1937.

The opinion of the Court was delivered by MR. JUSTICE BAKER.

We have carefully considered the record in this case, and are of the opinion that the decree appealed from correctly decides all issues. We, therefore, adopt the decree of Judge Greene. Let it be reported.

Exceptions overruled, and judgment affirmed.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES CARTER, BONHAM and FISHBURNE concur.